# Third District Court of Appeal
## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-121
Lower Tribunal Nos. F10-29982, F10-34928, F11-24364,
F12-21278, F12-28875

_____

**Antonio Gonzalez, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Antonio Gonzalez, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.


Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.